UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| JOHN THORP,<br>   Plaintiff,<br><br>v.<br><br>TOWN OF STRAFFORD,<br>TOWN OF STRAFFORD<br>SELECTBOARD,<br>JON MACKINNON,<br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:21-cv-00168-cr |

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

**NOW COME** Defendants Town of Strafford, Town of Strafford Selectboard, and Jon MacKinnon, and Plaintiff John Thorp, by and through their respective counsel of record, and hereby stipulate and agree to dismiss with prejudice the above-captioned matter. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted this 2nd day of June 2022.

   **CARROLL, BOE, PELL & KITE, P.C.**

   BY: /s/ Kevin L. Kite
     Kevin L. Kite, Esq.
     64 Court Street
     Middlebury, VT 05753
     (802) 388-6711
     kkite@64court.com
     ***Attorneys for Defendant Jon McKinnon***

**MARSICOVETERE & LEVINE LAW GROUP, P.C.**

BY: /s/ Brian R. Marsicovetere
Brian R. Marsicovetere, Esq.
128 Gates Street, P.O. Box 799
White River Junction, VT 05001
(802) 296-6202
brian@rivercitylawyers.com
*Attorneys for Plaintiff John Thorp*

**STITZEL, PAGE & FLETCHER, P.C.**

BY: /s/ John H. Klesch
John H. Klesch, Esq.
171 Battery Street, P.O. Box 1507
Burlington, VT 05402-1507
(802) 660-2555
jklesch@firmspf.com
*Attorneys for Defendant Town of Strafford*

**APPROVED AND ORDERED:**

Date: 6/2/22

_____
U.S. District Court Judge

VLCT22-041 (THORP V. STRAFFORD) JHK STIP DISMISS WITH PREJUDICE 22-06-02 LIT